FILED

Alonso Bautista Jr., Natural Living Man;

Executor; Beneficiary; Attorney of Record

c/o 1200 s. Brand Blvd., #11/156

Glendale, CA. (91204)

Ph.# (760) 677-1862

Today's Date: 01/29/2018

2017 JAN 29 PM 2:00

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

PAID
JAN 29 2018
Clerk, US District Court
COURT 4612

Related DOJ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CV18-00740-FMO(KS)**

| | |
|---|---|
| Alonso Bautista Jr. | ) CIVIL RIGHTS COMPLAINT/ |
| **-PLAINTIFF** | ) U.S. CONSTITUTIONAL RIGHTS |
| | ) VIOLATIONS/UNIVERSAL LAW |
| | ) VIOLATIONS/USC TITLE 18 SEC- |
| Vs., | ) 241 & 242 + USC TITLE 42 SEC.1983 |
| | ) VIOLATION/DAMAGES REQUEST |
| CITY OF GLENDALE; | ) |
| GLENDALE POLICE DEPT.; | ) |
| DETECTIVE E. MALOUF; | ) |
| OFFICER T. LINDER | ) |
| **-DEFENDANTS** | ) |

## COMPLAINT

On, 08/05/2016 at approximately 10:00 a.m., the Plaintiff was traveling on his household appliance and or conveyance down Glendale Blvd on the City of Glendale within the County of Los Angeles and the State of California; without a care in the world. Then, out of nowhere and without notice or an actual emergency, the Plaintiff was pulled over by a Glendale Traffic Officer T. LINDER who will otherwise be known on this complaint as "Officer #1" who was in uniform and on the clock for the Glendale Police Department; who were contracted by the City of Glendale. The Officer #1 pulled up from behind and flashed his emergency lights. The Plaintiff then immediately pulled over on to a Chipotle joint parking-lot and exited his vehicle under duress. The Plaintiff then asked the Officer #1, "what is your emergency?!" as to which the Officer responded, with stuttering and silence then after a minute or so responded with, "what emergency?" Afterwards, a quick civil rights speech to the Officer #1 was given and the Plaintiff notified the Officer #1 that he did not consent to the stop and that he was walking away, and the Officer #1 accepted the fact, that the Plaintiff was now going to walk away with, body gestures and did not try to stop the Plaintiff.

The Plaintiff, then walked away and returned 30 minutes later to find the Officer towing and or seizing the Plaintiff's conveyance and private property without: consent, probable cause or a warrant.

The Plaintiff, uses his conveyance to get to work and lost: 7 days of work,

$30,000 in estimated lost wages, was embarrassed in public, he had to pay: #1.) an Attorney $1,500., #2.) The Glendale Police Department $75., #3.) the Gay's Towing $600., + to get his property back in violation of: Universal Law, Moral Law, The 10 Commandments of The Living God; Father of Jesus Christ; U.S. Constitutional Law 4th, 5th, and 14th amendments.

The Officer #1 did not act alone as his Supervisor Detective Malouf had to authorize the Officer #1 actions, and the Supervisor Detective Malouf was aware that what he was doing was against the law and they proceeded out of malice because they both felt confident that they could exploit the Plaintiff without any repercussions. I refer this illustrious Court to Exhibits #A, #B, #C and #D for consideration.

The Attorney that I hired, stated that they pulled me over for tinted windows, yet the Officer #1 never mentioned, and they could have left a ticket instead of towing the conveyance without a warrant. Detective E. Malouf states that it was towed and held as evidence, yet it has been over a year and I have never been charged in crime for this case. We ask the Court to order the Glendale Police Department to produce any video recording, electric recording etc., that the officers used in this case.

## CONCLUSION

We are asking for $700., in compensatory damages, $30,000.00 in compensatory damages and $5,000,000.00 in Punitive Damages per defendant and

1  $1,000,000.00 per Officer out of their personal property. If you look at the Plaintiff's
2  arrest record you will see that he was being harassed, arrested multiple times
3  arbitrarily and this violation that we are complaining about was willful and done
4  out of pure malice and harassment. We are also asking that this Court Order the
5  Glendale Police Department especially the Officer #1 and his Detective Supervisor
6  to stay away from the Plaintiff unless there is an emergency and to not maliciously
7  deny the Plaintiff any of their services. We are also asking that the Plaintiff arrest
8  record and conviction record be sealed, destroyed and redacted from the records,
9  especially if those arrest never ended in convictions or if he has served his
10 sentenced and is no longer on probation, in accordance with the law. We also
11 demand for a jury trial.

14 Respectfully Submitted,

16 *[signature]* Alonzo B. - Please see attached Just PS.
18 U.C.C. 1-308
19 Alonso Bautista Jr., Natural Living Man
20 Office of the ALONSO BAUTISTA JR; Estate
21 Attorney of Record
22 All Rights Invoked & Reserved. UCC 1-308

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of <u>Los Angeles</u>

Subscribed and sworn to (or affirmed) before me on this 24th day of <u>January</u>, 20<u>18</u>, by <u>Alonso Bautista</u>,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



PERCHUI SHAKARYAN
Notary Public - California
Los Angeles County
Commission # 2210344
My Comm. Expires Sep 2, 2021

(Seal)                Signature _____

Exhibit A



# GAY'S TOWING, INC.
1521 FLOWER ST. • GLENDALE, CA 91201
818-244-1173  244-0015(24 HR)
**OFFICIAL GLENDALE POLICE TOW**
FAX 818-244-1016



**44999**

CA 143994

## ROAD SERVICE

| | |
|---|---|
| DATE: 8/10/16 TIME: 1:40 A.M. REQUESTED BY: GPD | P.O. # 53267 |
| NAME: BAUTISTA ALONSO | PHONE: (760) 677-1966 |
| ADDRESS: 200 S BRAND BLVD | |
| CITY: GLENDALE | STATE: CA  ZIP: 91204 |
| LOCATION OF VEHICLE: 132 N GLENDALE | DRIVER: KG |
| YEAR, MAKE, MODEL: 2012 NISSAN P/U  ODOMETER: | COLOR: WHT  REGISTERED OWNER: |
| STATE  LIC PLATE NO: 25Y0671  VEHICLE I.D. NO: 3355 | |

**MILEAGE:** FINISH ___ START ___ TOTAL ___  
**LOADED** ___  
**SERVICE TIME:** DESTINATION ___ ON SCENE ___ DISPATCH ___  
**CONDITION:** ☐ NEW  ☑ FAIR  ☐ GOOD  ☐ BAD  
ALARM ☐Y ☐N   KEY ☐Y ☐N   STEREO ☐Y ☐N

### TYPE OF TOW OR SERVICE
- ☐ Blocking Driveway  ☑ Impound  ☐ Out of Gas
- ☐ 72 Hour  ☐ Accident  ☐ Tire
- ☐ Medium Duty  ☐ Arrest  ☐ Jump
- ☐ P.P.I  ☐ Abandon  ☐ Lockout
- ☐ Stored  ☐ 30 Day  ☐ Field Release

### EXTRA LABOR
- ☐ Winch Out  ☐ Floor Jack
- ☐ Dolly Tow  ☐ Accident clean-up
- ☐ Go Jacks  ☐ Stand By
- ☐ Skates  ☐ Linkage
- ☐ Snatch Blocks  ☐ Haz-mat

### TYPE OF TOW
- ☐ Bling / Hoist Tow
- ☐ Flat Bed / Ramp
- ☑ Wheel Lift
- ☐

**TOWED PER ORDER OF**
- ☐ STATE POLICE
- ☑ LOCAL POLICE
- ☐ OWNER
- ☐ CLUB CALL

KEYS LEFT  Y  N
RADIO  Y  N

**VEHICLE TOWED TO**
FIRST TOW: 1521 FLOWER
SECOND TOW:

| | | |
|---|---|---|
| STORAGE FROM  DATE IN: 8/05/16  DATE OUT: 8/10/16 | HOOK-UP CHARGE | 118 | 50 |
| 6 DAYS @ $ 37   TOTAL $ 222 | MI @ | | |
| PAID BY  DRIVER'S LIC. NO: D2810119  paid c/c | EXTRA TIME | | |
| ☐ CASH  ☐ CHECK # | 2ND TOW | | |
| ☑ VISA ☐ MC ☐ ☐ DISCOVER  08/19 | CLEAN UP | | |
| ☐ ACCOUNT  CC NO: 4427 4270 5371 2446  EXP DATE: | STORAGE | 222 | 00 |
| OPERATOR'S SIGNATURE  DATE | SERVICE CALL | | |
| TRUCK NO. | CITY OF GLENDALE COST RECOVERY FEE | 250 | 00 |
| AUTHORIZED SIGNATURE  DATE | TITLE / LIEN | 70 | 00 |
| VEHICLE RELEASED TO  DATE 8/10/16 | AFTER HOURS | | |
| | TOTAL | 660 | 50 |

We cannot be responsible for damages caused by faulty tires, bumper brackets, etc. This company assumes no responsibility for loss or damage by theft, fire or any other cause beyond our control, to any vehicle placed with them for storage or repair.

If you believe that you have been wrongfully towed, please contact local Law Enforcement Agency. Si usted cree que su vehiculo ha sido removido por error injustamente, póngase en contacto con el departamento policial local. Glendale P.D. (818) 548-9135

Upon request, you are entitled to received a copy of the Towing Fees and Access Notice
(SEE BACK)

**Thank You**

LOCAL AGENCY ___  PHONE NO ___



Exhibit # B

**CITY OF GLENDALE**
**TRAFFIC BUREAU**
***********************************
DATE 08/10/2016 WED TIME 12:12

| | |
|---|---:|
| CITATION# | 1612018 |
| IMPOUND REL FEE | $70.00 |
| SUBTOTAL | $70.00 |
| TOTAL | $70.00 |
| CASH | $80.00 |
| | |
| CHANGE | $10.00 |
| BARNHOUSE No.026759 | 00000 |

** REPRINT **

---

OR# 16-12018

**VEHICLE IN YOUR CUSTODY**

323355

COLOR(S): WHT

**REASON TO IMPOUND**
☐ REGISTRATION / LICENSE VIOLATION — ACCOUNT #10147-000
☐ CITATIONS — ACCOUNT #10147-001
☒ EVIDENCE — ACCOUNT #10147-002
☐ OTHER — ACCOUNT #10147-000

**YOU ARE AUTHORIZED TO RELEASE THE ABOVE VEHICLE TO:**
☐ SAME AS OWNER

NAME: 
CDL: 
ADDRESS: 
PHONE: 

AS THE VEHICLE OWNER, I AUTHORIZE THE RELEASE OF MY VEHICLE TO THE ABOVE NAMED PERSON.

OWNER'S NAME: Alonso Bautista
CDL: D2810119
ADDRESS: 1200 S. Brand Blvd #156 Glendale, CA 91204
PHONE: 760 747 076...

OWNER'S SIGNATURE: *Under Duress U.C.C. 1-308

☒ OWNER'S IDENTIFICATION VERIFIED
☒ VEHICLE CURRENTLY REGISTERED? 8/11/16

# VEHICLE IMPOUND RELEASE

DR # 16-12018

**TO:**
- ☐ MONTEREY TOW
  927 AIR WAY, GLENDALE, CA 91202 (818) 246-1611
- ☒ GAY'S TOW
  1521 FLOWER ST., GLENDALE, CA 91201 (818) 244-0015
- ☐ CRESCENTA VALLEY TOW
  4456 CLOUD AVE., LA CRESCENTA, CA 91214 (818) 248-1466
- ☐ OTHER TOWING COMPANY: _____

## REGARDING THE FOLLOWING VEHICLE IN YOUR CUSTODY

| LICENSE/STATE | VIN # | | |
|---|---|---|---|
| 25706T1/CA | 323355 | | |
| YEAR | MAKE | MODEL | COLOR(S) |
| 2012 | NISS | PK | WHT |

### REASON TO IMPOUND
- ☐ REGISTRATION / LICENSE VIOLATION — ACCOUNT #10147-000
- ☐ CITATIONS — ACCOUNT #10147-001
- ☒ EVIDENCE — ACCOUNT #10147-002
- ☐ OTHER _____ ACCOUNT #10147-000

### YOU ARE AUTHORIZED TO RELEASE THE ABOVE VEHICLE TO:
☐ SAME AS OWNER

| NAME | CDL |
|---|---|
| ADDRESS | PHONE |

AS THE VEHICLE OWNER, I AUTHORIZE THE RELEASE OF MY VEHICLE TO THE ABOVE NAMED PERSON.

| OWNER'S NAME | CDL |
|---|---|
| Alonso Bautista | D2810119 |
| ADDRESS 1200 S. Brand Blvd #1156 Glendale, CA 91204 | PHONE 760-297-0765 |

OWNER'S SIGNATURE
X Under Duress U.C.C. 1-308

☒ OWNER'S IDENTIFICATION VERIFIED?
☒ VEHICLE CURRENTLY REGISTERED? 8/21/16

INVESTIGATING OFFICER HOLD CLEARANCE

SUPERVISOR AUTHORIZING FEE WAIVER

| RELEASING OFFICER | DATE/TIME |
|---|---|
| Earnshour 28448 | 8/10/17 1155 |

☐ VEHICLE RELEASE FEE WAIVED
RECEIPT #



Exibit #D

**Law Offices of Earl Carter
and Associates**

620 N. Brand Blvd. Suite 301
Glendale, CA 91203

RECEIPT   DATE 08/05/2016   No. 103880

RECEIVED FROM Alonso Bautista   $1,500.00

One Thousand, Five Hundred and 00/100   DOLLARS

FOR Legal Services

| ACCOUNT | $1,500.00 |
| PAYMENT | $1,500.00 (Credit Card) |
| BAL. DUE | $0.00 |

RECEIVED BY Christian Soto

# CRIMINAL RETAINER FEE AGREEMENT
## LAW OFFICES OF EARL CARTER AND ASSOCIATES

THIS AGREEMENT, dated <u>8/5/2016</u>, is made between <u>Alonso Bautista</u>, with date of birth <u>12/9/1982</u>, referred to as "Client/You", and the LAW OFFICES OF EARL CARTER & ASSOCIATES, referred to as the "Firm".

You agree that the Firm will represent you in connection with case _____ (Name and Case Number if known). The case involves <u>Legal Protection</u> _____. The matter is set for _____ (Appearance Date) in <u>Glendale</u> (Court). This is <u>1</u> case of <u>1</u> case(s).

Initials _ab_

**1. Payment.** A payment of fees in the amount of $ <u>1500.00</u>, payable as follows <u>Paid in Full</u> _____ is required. This fee is a retainer and is earned upon receipt and this agreement does not become binding and the Firm's work will not begin until the initial retainer amount is paid. This is a fixed fee that will secure our representation of you through [choose one of the following]:

☐ Reinstatement of Probation Proceedings and Hearing: ☐ Classes ☐ Weekends ☐ Fines ☐ Other
☐ Violation of Probation Proceedings and Hearing (*Vicker's Hearing*)
☐ Department of Motor Vehicles (DMV) Hearing
  Pre-scheduled ☐ Yes ☐ No    Date/Time if applicable _____
  [Client **MUST** provide the citation number and any other information necessary to schedule the hearing. In the event that Client does not fully cooperate and a hearing is not scheduled, a refund will not be given.]
☐ Withdrawal of Plea Proceedings and Hearing
☐ Bench Warrant Recall Proceedings and Hearing
☐ Expungment proceedings and Hearing
☐ A jail visit with Client ONLY, **NO COURT APPEARANCE OR HEARING**
☐ Limited criminal investigation of the case ONLY, **NO COURT APPEARANCE OR HEARING**
☑ Other: <u>Legal Protection</u>

If we are able to negotiate a settlement that is satisfactory to you and you choose to accept it, there may *not* be a hearing. The attorney fees you pay will be earned and *no* refund will be given even though there will *not* be a hearing on your matter.

You are retaining the Firm for the above referenced legal service **ONLY**. If you wish for the Firm to represent you on other matter or an additional service, a separate fee agreement must be entered into addressing the fee and costs involved in taking your additional matter or service. If a new fee agreement is not entered into regarding such, we may seek to withdraw from representing you. This retainer fee *may* be applied to a subsequent retainer on subsequent matters or services.

You, and any other party designated as jointly and severally responsible for payment of the fees, have a continuing duty and obligation to make payments as required by the payment plan. Failure of the responsible party or parties to abide by the terms of the payment plan allows the Firm to withdraw from the case(s).

_ab_ **2. Work on your matter.** The Firm's legal work *may* include research, correspondence, preparation and drafting of pleadings and other legal documents, conferences in person and by telephone with you and with others, dictating and reviewing letters, negotiations, initial investigation and any other related work or service to properly represent you in this matter. Note, see paragraph Seven (7). For efficiency purposes, we may delegate work to other lawyers, investigators, law clerks, paralegals, and/or legal assistants. They may, without prior approval, render any of the following services to assist in the resolution of the legal matter(s) for which we were retained: (1) appearances at pre-trial hearings; (2) participation in a trial; (3) assistance with legal research or other out-of-court matters; (4) conducting depositions; (5) or any other matter necessary to assist in the resolution of the legal matter(s) for which the Firm was retained. The attorney-client relationship will apply to all involved individuals.

_ab_ **3. What you expect from us.** Our Firm agrees to provide conscientious, competent and diligent services and at all times and will seek to achieve solutions which are just and reasonable for you. However, because of the uncertainty of legal proceedings, the interpretation and changes in the law, and many unknown factors, the Firm *cannot* and does not warrant, predict or guarantee results or the final outcome of *any* case.

_ab_ **4. What we expect from you.** You agree that you will be truthful in all discussions with us, even if you think the information is hurtful to you and your case. You must notify the Firm immediately if your address or phone numbers changes. You agree to

timely appear on reasonable notice for all office appointments and court appearances, and to comply with all requests made by the Firm in the preparation and presentation of the legal matter(s). You understand that it is your responsibility to contact the Firm with any questions and concerns relating to the legal matter(s), and to fully cooperate with the Firm by promptly responding to inquiries and requests that are made by the Firm. You agree to thoroughly read and review each and every document provided by the Firm. You agree to you pay the agreed upon fees in full and in a timely and consistent manner as agreed. If you have questions about the fees or our services during the representation, you will bring this to our attention immediately. You agree you will treat with respect and courtesy all members of the Firm. You understand that due to Client appointments, trial preparation with clients and witnesses, exhibit preparation time, staff meetings, court appearances, depositions, and seminars, which are all required to be performed during usual business hours, there are many times when an attorney cannot take or return your call immediately. However, you may at any time request to speak with the Firm's supporting staff and investigative team to answer any questions you may have about expenses, court dates, schedule appointments, and related case information or forward your inquiry to the attorney in the Firm so that they may be able respond to you.

5. **Discontinuing the Representation/Withdrawing from the Representation.** The Firm reserves the right to withdraw from this representation if you fail to perform any of your promises and obligations in this agreement. You understand that termination of this contract is reserved by the Firm for reasons such as: non-payment of fees, costs, or expenses as agreed; lack of communication or cooperation; subsequent determination of non-merit or personal conflict preventing effective representation; and any breakdown of the attorney-client relationship. You understand that you may cancel this agreement at any time by notifying the Firm in writing to terminate representation. This notice must be in writing, dated and signed by Client. Your desire to obtain a new attorney may be subject to court approval. The court may not grant the substitution of counsel or agree to delay the proceedings to provide you time to obtain a new attorney.

Discontinuing the representation does **NOT** affect your responsibility to pay for the legal services rendered and the costs in incurred up to the date of termination.

6. **Appeals and other related proceedings.** This representation does **NOT** include representing you in any *post*-hearing, *post*-conviction, retrial, appellate proceedings or administrative hearing not addressed in this agreement. It further does NOT include continued representation if we are successful in obtaining a dismissal of the proceeding and the prosecution agency subsequently *re*-files the matter. A separate retainer agreement must be entered into if you wish for the Firm to represent you in such proceedings. The Firm reserves the right to decline future requests for representation without explanation.

7. **Case Costs, Expert Witness Fees and Investigation Costs.** It may be necessary and/or advantageous to your matter for you to pay costs for transcripts, service of legal documents, and or retain an expert witness and/or an investigator. All such related costs are to be paid by you. The expert/investigator may require an advance payment. We will forward invoices from expert witnesses/investigators directly to you for payment. Failure to pay the expert witness/investigator will result in the expert's/investigator's refusal to perform any work on your matter and may severely prejudice the success of your matter.

8. **Other Personal Contacts.** You understand and agree that the Firm would only like to communicate the fundamentals of your case with you. The attorney-client relationship exists exclusively between you and the Firm. You understand that despite the fact that a third-party may have compensated the Firm on your behalf, no third-party will be allowed to interfere with the Firm's independence of professional judgment, nor interfere with the attorney-client relationship that exists between you and the Firm. You understand that details relating to your case will remain confidential, unless you direct the Firm otherwise. You are expressly giving the Firm permission to speak with the following person(s) about my case.

Name Phone           Number
1._____    _____
2._____    _____
3._____    _____

9. **Initial Interview.** You understand and acknowledge that the initial interview has been with Juan Barcenas who is a member of the Firm's investigative team, **NOT AN ATTORNEY.**

10. **IT IS UNDERSTOOD THAT ATTORNEY IS NOT BEING RETAINED ON AN HOURLY BASIS. THIS AGREEMENT AND RETAINER IS GENERALLY NOT REFUNDABLE REGARDLESS OF WHEN OR IN WHAT MANNER THE CASE MAY BE CONCLUDED AND IS PAID IN CONSIDERATION OF ATTORNEY ASSUMING THE PROFESSIONAL RESPONSIBILITY FOR CLIENT'S DEFENSE.**

[SIGNATURE PAGE FOLLOWS]

We appreciate the opportunity to be your representative in this important matter. We look forward to working with you.

I HAVE READ THE ABOVE AND AGREE TO THE FEE ARRANGMENTS STATED HEREIN. I FURTHER ACKNOWLEDGE THAT NO REPRESENTATIONS, PROMISES, OR GUARANTEES OF ANY KIND HAVE BEEN MADE AND I ACKNOWLEDGE RECIEPT OF THIS AGREEMENT.

Receipt of $ 1,500.00 _____ is hereby acknowledged. Payment type: Visa _____.

Sincerely,

_____         8/5/2016
Attorney                                      Date

_____         8/5/2016
Client                                         Date

### 3ᴿᴰ PARTY PAYER OBLIGATIONS AND ADVISAL

Third Party Payer and Client hereby agree to and understand the following: 1) Third Party Payer will be responsible for and agree to pay the above agreed upon fees on behalf of Client. 2) Third Party Payer agrees that they are responsible for monitoring and for making timely payments for all fees and costs as stated. 3) Third Party Payer will notify the Firm of any changes to their address and phone number. 4) If payment is not made or received in a timely manner, Third Party Payer and Client both agree to and understand the above described consequences to Client and Client's case.

Third Party Payer and Client understand and agree that the Firm would only like to communicate the fundamentals of Client's case with the Client. The attorney-client relationship exists exclusively between the Client and the Firm. Third Party Payer and Client understand that despite the fact that Third Party Payer may have compensated the Firm on behalf of the Client, no third-party will be allowed to interfere with the Firm's independence of professional judgment, nor interfere with the attorney-client relationship that exists between the Client and the Firm. Third Party Payer and Client understand that details relating to the Client's case will remain confidential between the Firm and Client, unless the Client directs the Firm otherwise.

We hereby voluntarily consent to the above.

_____         8/5/2016
Client                                         Date

_____         8/5/2016
Third Party Payer                              Date