# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALONSO BAUTISTA, JR.,** | ) NO. CV 18-740-FMO (KS) |
| Plaintiff, | ) |
| v. | ) **ORDER ACCEPTING INTERIM FINDINGS** |
| | ) **AND RECOMMENDATIONS OF UNITED** |
| **CITY OF GLENDALE, et al,** | ) **STATES MAGISTRATE JUDGE** |
| Defendants. | ) |
| _____ | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint (the "Complaint"), all of the records herein, the December 7, 2018 Report and Recommendation of United States Magistrate Judge ("Report") (Dkt. No. 37), and Plaintiff's Objections to the Report ("Objections") (Dkt. No. 38).

Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Reports to which objections have been stated. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that the following claims are DISMISSED without leave to amend:

(1) Plaintiff's claims against Defendants Maloof, the Glendale Police Department, and the City of Glendale;

(2) Plaintiff's claims against Defendant Lindner in his official capacity; and

(3) Counts 1 and 4 through 8 against Defendant Lindner.

IT IS FURTHER ORDERED that Defendant Lindner shall file a Motion to Dismiss or Answer to the Complaint, as amended by this Order, within 30 days of the date of this Order.

DATED: January 11, 2019

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE