# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONSO BAUTISTA, JR.,<br>            Plaintiff,<br>v.<br><br>CITY OF GLENDALE, et al.,<br>           Defendants. | NO. CV 18-740-FMO (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that:

(1) the Motion is GRANTED in part and DENIED in part;

(2) Plaintiff's Fourteenth Amendment claim against Defendant Lindner related to the impound and towing fees is DISMISSED;

(3) Plaintiff's Objection is OVERRULED;

(4) Plaintiff's request for sanctions is DENIED; and

(5) Defendant Lindner shall file an Answer as to the two remaining Fourth Amendment unlawful seizure claims in Count 2 within **14 days** of this Order.

DATED: June 21, 2019

                                                             /s/\
                                           FERNANDO M. OLGUIN\
                                   UNITED STATES DISTRICT JUDGE