# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALONSO BAUTISTA, JR.,** ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **CITY OF GLENDALE, et al.,** ) <br> ) <br> **Defendants.** ) <br> _____ ) | **NO. CV 18-740-FMO (KS)** <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative complaint, the parties' Cross-Motions for Summary Judgment and related briefing, all of the records herein, the Report and Recommendation of United States Magistrate Judge (the "Report"), and Petitioner's Objections to the Magistrate Judge's Report ("Objections"). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Federal Rule of Civil Procedure 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

//

//

//

Accordingly, IT IS ORDERED that: (1) Defendant's Motion for Summary Judgment is GRANTED; (2) Plaintiff's Motion for Summary Judgment is DENIED; and (3) Judgment shall be entered dismissing this action with prejudice.

DATED: February 28, 2020

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE