# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ALONSO BAUTISTA, JR.,** | ) | NO. CV 18-740-FMO (KS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **CITY OF GLENDALE, et al.,** | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: February 28, 2020

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE